FREDERICK A. SCHROEDER et al., Respondents, *v.* DANIEL FREY et al., Appellants.

(Argued December 22, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 17, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Melville H. Regensburger* for appellants.

*John Henry Hull* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____